UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOANNE MARR | § |
| | § |
| v. | § CIVIL CASE NO. 4:21-CV-051-SDJ |
| | § |
| INTERCAP SERVICES, LLC, ET AL. | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2021, the Report of the Magistrate Judge, (Dkt. #7), was entered containing proposed findings of fact and recommendations that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff Joanne Marr's failure to serve.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 9th day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE